**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 10-81258-TC |
| MILLER, TOMMY L And | ) | |
| BARBARA F, | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

**CORRECTION TO**
**MOTION FOR AUTHORITY TO SELL PROPERTY (Minerals and/or Royalty)**
**OF THE ESTATE  AND NOTICE OF PROPOSED SALE**

COMES NOW Charles Greenough, Trustee, by and through his attorneys, McAfee &

Taft, and gives notice to all parties in interest that the date in the last paragraph of said Motion

contained a typographical error.  As reflected in paragraph 5 of the Motion, the date of the

proposed auction is December 2, 2010.

/s/ *Charles Greenough*
Charles Greenough, OBA #12311
McAfee & Taft
1717 South Boulder, Suite 900
Tulsa, OK   74119
Phone: (918) 587-0000
Fax:    (918) 599-9317
charles.greenough@mcafeetaft.com